RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  5/11/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HAIMING LUO | CIVIL ACTION NO. 6:09-cv-1531 |
| VERSUS | JUDGE HAIK |
| BURL CAIN, WARDEN<br>LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's petition for writ of *habeas corpus* be **DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana, this 11 day of May, 2011.

Richard T. Haik
United States District Judge